IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS PINTO | : | |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 2:18-0169 |
| BRICKLAYERS & ALLIED | : | |
| CRAFTWORKERS LOCAL 1 PA/DE, et al. | : | |
|     *Defendants*. | : | |

## ORDER

**AND NOW**, this 21st day of February, 2019, upon consideration of the Partial Motion to Dismiss by Defendants Bricklayers & Allied Craftworkers Local 1 PA/DE, Dennis Pagliotti, Richard Newcomb, and Matthew Stafford (ECF No. 15) and Plaintiff's Opposition thereto (ECF No. 18), it is hereby **ORDERED** that said Motion is **GRANTED**. It is further **ORDERED** as follows:

1. The First Amended Complaint is **DISMISSED** without prejudice, because Plaintiff has failed to state a federal claim in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims.

2. The Court grants Plaintiff **LEAVE** to file a second amended complaint within twenty-one (21) days of the filing of this Order.

                                        BY THE COURT:

                                        */s/ C. Darnell Jones, II*
                                        C. DARNELL JONES, II    J.